No. 473. ROYAL INDEMNITY CO. ET AL. *v.* AMERICAN BOND & MORTGAGE CO., INC., ET AL. November 6, 1933. Petition for writ of certiorari to the Circuit Court of

Appeals for the First Circuit denied. MR. CHIEF JUSTICE HUGHES took no part in the consideration or decision of this application. *Mr. Saul S. Myers* for petitioners. *Messrs. Robert Hale* and *Leonard A. Pierce* for respondents.